Order entered January 12, 2018



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01477-CR

**LAWRENCE LEATHERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-56763-S**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.


/s/  CAROLYN WRIGHT
   CHIEF JUSTICE